IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **TATUM MERRILL**,<br><br>               Plaintiff,<br>v.<br><br>**MARIAN ITO**, **CHRISTINE JOHNSON**, **DEREK PULLAN**, and **JEFF GRAY**,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:23-cv-00508-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

On October 11, 2023, the court held a hearing on Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and/or Protective Order (ECF No. 18), following which the court took Plaintiff's Motion under advisement. During the hearing, Plaintiff retracted her opposition to the Judicial Defendants' Second Motion for Extension of Time to File Answer (ECF No. 24). Per the undersigned's oral order at the hearing, Defendants' Motion (ECF No. 24) is **GRANTED**. Judicial Defendants shall file their Answer to Plaintiff's Complaint no later than **November 1, 2023 at 5:00 p.m.**

In addition, the court **ORDERS** Defendants to file a status report with this court no later than Monday, **October 16, 2023 at 5:00 p.m.**, apprising the court of the possibility of out-of-court resolution of the issues raised in Plaintiff's Complaint and Motion.

Signed October 11, 2023

                                              BY THE COURT

                                              _____
                                              Jill N. Parrish
                                              United States District Court Judge